IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 28 PM 4: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| EMORY BROWN and<br>CAROLYN BROWN,<br>    Plaintiffs,<br><br>v.<br><br>SAM'S CLUB and<br>SAM'S EAST, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-2645-BV<br>)<br>)<br>)<br>) |

## JOINT RULE 16(B) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice and upon announcement to the Court by counsel for the parties that they have agreed to the deadlines herein, the following dates are established as the final deadlines for:

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P.: ___November 22, 2005___

JOINING PARTIES: ___December 28, 2005___

AMENDING PLEADINGS: ___January 5, 2006___

INITIAL MOTIONS TO DISMISS: ___February 6, 2006___

COMPLETING ALL DISCOVERY (Except Expert Depositions): ___July 7, 2006___

    (a)  DOCUMENT PRODUCTION: ___May 1, 2006___

    (b)  DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:

        ___June 21, 2006___

    (c)  EXPERT WITNESS DISCLOSURE (Rule 26):

        (1)  DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT
             INFORMATION: ___June 1, 2006___

M ALM 909682 v1
2825865-000233 10/28/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10-31-05



    (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: __July 7, 2006__

    (3)    EXPERT WITNESS DEPOSITIONS: __July 21, 2006__

FILING DISPOSITIVE MOTIONS: __August 22, 2006__

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. The trial is expected to take 3 days.

    This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

    The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

    The parties have not consented to trial before the magistrate judge.

    This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED this 28th day of October, 2005.

                                                    _Diane K. Vescovo_
                                                    Judge Diane K. Vescovo
                                                    United States Magistrate Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02645 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Amy R. Harden
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT