FILED BY [illegible] D.C.
2005 NOV 23 AM 11: 12
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EMORY BROWN and CAROLYN BROWN,

Plaintiffs,

v.

No. 05-2645-B/V

SAM'S CLUB and SAM'S EAST, INC.,

Defendants

---

## ORDER OF RECUSAL

---

The undersigned hereby recuses himself from all proceedings in the above-captioned case. The clerk is directed to take the appropriate action to reassign this case. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from** 05-2645-B/V **to** the initials of the new judge assigned to this case.

IT IS SO ORDERED.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: 11/22/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-23-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02645 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Amy R. Harden
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Bernice Donald
US DISTRICT COURT